**Order entered May 6, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00703-CR

### THE STATE OF TEXAS, Appellant

### V.

### ASHLEY BETH GAMMILL, Appellee

**On Appeal from the County Criminal Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. MA12-49137**

## ORDER

Before the Court are appellee's April 24, 2014 motions to extend time for filing a motion for rehearing and to withdraw that motion. We **GRANT** the motion to withdraw the motion for extension of time and **DENY** the motion for extension of time as moot.

/s/     JIM MOSELEY
JUSTICE